679 A.2d 226

**Henry KEMMERER, Petitioner,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Respondent.**

Supreme Court of Pennsylvania.

July 18, 1996.

*ORDER*

PER CURIAM.

AND NOW, this 18th day of July, 1996, the Petition for Allowance of Appeal is granted. The case is remanded to the Commonwealth Court for reconsideration based on *Department of Transportation v. Renwick*, 543 Pa. 122, 669 A.2d 934 (1996). Jurisdiction relinquished.

NEWMAN, J., did not participate in the consideration or decision of this matter.